# MINUTE ORDER

Page 1

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor          Date: 10/26/2021   Time: 1:30 p.m.

Defendant: __GILBERT FONTICOBA__   J#: __71241-509__   Case #: 21-mj-4099-McAliley (SEALED)

AUSA: __Yara Klukas__   Attorney: AUBERY WEBB (Temp)

Violation: Warr/D/DC/Indictment/Civil disorder/Obstruction of an official proceeding   Surr/Arrest Date: 10/26/2021   YOB: 1974

Proceeding: Initial Appearance   CJA Appt: _____

Bond/PTD Held: ○ Yes  ☒ No   Recommended Bond: _____

Bond Set at: __Stip 100k PSB__   Co-signed by: _____

- ☒ Surrender and/or do not obtain passports/travel docs
- ☒ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☒ Random urine testing by Pretrial Services Treatment as deemed necessary — __No controlled substances unless prescribed by MD.__
- ☒ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☒ No contact with victims/witnesses, except through counsel
- ☒ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒ Travel extended to: __SD/FL__  __District of Columbia__
- ☒ Other: __Stay away from DC unless approved by PTS for court case__

Language: __English__

Disposition:
- Def advised of rights/charges.
- Def consents to VTC.
- Order to unseal case. - granted.
- Def waived removal on the record.
- Stip - 100k PSB
- Def ordered removed to D/DC

*Def to be released
Bond papers due by 10/28
Brady given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date: ___  Time: ___  Judge: ___  Place: ___

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. __13:33:40 / 13:47:11__   Time in Court: __22 mins__

s/Chris M. McAliley                    Magistrate Judge

* Must appear at arraign. at DC on 11/2