**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-MJ-4099**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Gilbert Fonticoba,**

**Defendant.**
_____/

## PERMANENT NOTICE OF APPEARANCE OF COUNSEL

The undersigned counsel files his Notice of Appearance as Counsel for GILBERTO

FONTICOBA.

Respectfully submitted,

s/Aubrey Webb _____
Aubrey Webb

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed

with the Office of the Clerk, United States District Court, Southern District of Florida, via

CM/ECF this 27th day of October 2021.

s/AUBREY WEBB
_____
Aubrey Webb
Florida Bar Number 622915
55 Merrick Way ● Suite 212
Coral Gables, FL 33134
Phone: 305-461-1116
Fax: 305-461-6446